IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>CARLOS JESUS LORENZANA,<br><br>          Defendant. | **4:20CR3042**<br><br>**ORDER** |

IT IS ORDERED:

1) The motion of Darik J. Von Loh to withdraw as counsel of record for Defendant, (Filing No. 14), is granted.

2) Defendant's newly retained counsel, Carlos Monzon, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Darik J. Von Loh from any future ECF notifications herein.

July 13, 2020.
                                                        BY THE COURT:
                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge