IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CARLOS JESUS LORENZANA,

Defendant.

4:20-CR-3042

FINAL ORDER OF FORFEITURE

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 48). On May 3, 2021, the Court entered a Preliminary Order of Forfeiture (filing 42) pursuant to 21 U.S.C. § 853, based upon the defendant's plea of guilty to conspiring to possess methamphetamine with intent to distribute in violation of 21 U.S.C. § 841, and his admission of the forfeiture allegation contained in the indictment. By way of the preliminary order of forfeiture, the defendant's interest in $3,910 in United States currency was forfeited to the United States. Filing 42.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on May 4, 2021, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 47) was filed on July 6, 2021. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 48) is granted.

2. All right, title, and interest in and to the $3,910 in United States currency held by any person or entity are forever barred and foreclosed.

3. The currency is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the currency in accordance with law.

Dated this 21st day of July, 2021.

BY THE COURT:

John M. Gerrard
United States District Judge