IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>CARLOS JESUS LORENZANA,<br><br>                    Defendant. | 4:20-CR-3042<br><br>JUDGMENT |

For the reasons stated in the accompanying memorandum and order, the defendant's motion to vacate under 28 U.S.C. § 2255 (filing 72) is denied.

Dated this 6th day of January, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge